No. 84–932.  CED'S, INC., DBA PRODUCTS FOR POWER *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 7th Cir.  Certiorari denied.

No. 84–943.  ELVRUM ET AL. *v.* WILLIAMS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 84–971.  KAPNISON *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 84–976.  BELLEVUE FIRE FIGHTERS LOCAL 1604, INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS, AFL–CIO, CLC, ET AL. *v.* CITY OF BELLEVUE.  Sup. Ct. Wash.  Certiorari denied.

No. 84–1011.  OLIPHANT *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 84–1016.  HARRINGTON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 84–1017.  UNIVERSITY OF PITTSBURGH ET AL. *v.* KRYNICKY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 84–1019.  CARPENTER'S LOCAL UNION NO. 1478 ET AL. *v.* STEVENS.  C. A. 9th Cir.  Certiorari denied.

No. 84–1020.  WHITE *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 84–1053.  ECCLESIASTICAL ORDER OF THE ISM OF AM, INC. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 6th Cir. Certiorari denied.

No. 84–1086.  PERKINS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 84–1135.  COMMISSIONER OF TRANSPORTATION OF THE STATE OF NEW YORK *v.* UNITED STATES ET AL.  C. A. 2d Cir. Certiorari denied.

No. 84–1151.  ESTATE OF KREMM *v.* COMMISSIONER OF PATENTS AND TRADEMARKS.  C. A. Fed. Cir.  Certiorari denied.